**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TIMOTHY THOMPSON, | ) | NO. CV 11-1692-AHM(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| THE STATE OF CALIFORNIA; WARDEN GONZALEZ, | ) | |
| Respondents. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 4/4/11.

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE